```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 6/16/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. JACQUES HERAIL,

                Plaintiff,

-v-

EURO RSCG WORLDWIDE, INC.,

                Defendant.

No. 08 Civ. 10112 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear on June 30, 2009 at 1:00 p.m. for oral argument on Defendant's pending motion to dismiss.

SO ORDERED.

DATED:    June 15, 2009
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE