UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/09
```

M. JACQUES HERAIL,

                        Plaintiff,

-v-

EURO RSCG WORLDWIDE, INC.,

                        Defendant.

No. 08 Civ. 10112 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a telephonic conference with the Court on July 14, 2009 at 2:30 p.m.

    The parties shall telephone Chambers at (212) 805-0264 once both parties are conferenced on a single line.

SO ORDERED.

DATED:    July 6, 2009
                New York, New York

                                                 RICHARD J. SULLIVAN
                                                 UNITED STATES DISTRICT JUDGE